IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DESMOND LAMAR AIKENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:23cv547-MHT |
| | ) | (WO) |
| THE STATE OF ALABAMA and | ) | |
| JESSICA VENTIERE, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit contending that the prosecutor and the State violated his constitutional rights in connection with a state-court conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to state a claim. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of March, 2024.

        <u>/s/ Myron H. Thompson</u>
        **UNITED STATES DISTRICT JUDGE**