IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DESMOND LAMAR AIKENS,        )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         3:23cv547-MHT
                             )              (WO)
THE STATE OF ALABAMA and     )
JESSICA VENTIERE,            )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(3) This lawsuit is dismissed for failure to state claim upon which relief may be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of March, 2024.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**